Scott McKay (ISB#4309)
Mike French (ISB#8038)
NEVIN, BENJAMIN, McKAY & BARTLETT LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile:  (208) 345-8274
smckay@nbmlaw.com
mike@nbmlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 1:19-cr-248-BLW |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF APPEARANCE** |
| | ) | |
| TEMP RAY PATTERSON, M.D., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Scott McKay and Mike French of the firm NEVIN, BENJAMIN, McKAY & BARTLETT LLP enter their appearance as attorneys of record for Defendant Temp Ray Patterson, M.D.

DATED this 29th day of August, 2019.

NEVIN, BENJAMIN, McKAY & BARTLETT LLP


 /s/ Scott McKay
Scott McKay

NOTICE OF APPEARANCE - 1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 29th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Darci Ward Crane
    United States Attorney's Office
    Darci.crane@usdoj.gov

                                /s/Scott McKay
                                Scott McKay